JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE DENVER FORD, JR., | Case No. 2:21-cv-03430-CAS-JC |
| Plaintiff, | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| LONG BEACH POLICE DEPARTMENT, | |
| Defendant. | |

On April 13, 2021, Plaintiff Lee Denver Ford, Jr., who is in custody and proceeding *pro se*, signed a Civil Rights Complaint ("Complaint") suing the Long Beach Police Department under 42 U.S.C. § 1983 for false arrest/imprisonment. (Docket No. 1). On the same date, Plaintiff signed a Request to Proceed without Prepayment of Filing Fees ("IFP Application") which was not accompanied by a certified copy of Plaintiff's trust account statement (or institutional equivalent).

On April 27, 2021, this Court issued an order ("April Order") denying the IFP Application with leave to amend within 30 days, advising Plaintiff that he may re-submit the IFP Application and Complaint to this Court, if submitted with the certified trust account statement and disbursement authorization, and notifying Plaintiff that if he failed to submit the required documents within 30 days, this case

shall be dismissed. Although Plaintiff's deadline to respond to the April Order and to submit the required documents expired on May 27, 2021, to date, Plaintiff has not done so.

As Plaintiff has failed to provide the Court with the requisite certified trust account statement demonstrating that he is entitled to proceed in forma pauperis and has not otherwise responded to the April Order notifying him that the case would be dismissed if he failed to do so, IT IS HEREBY ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

DATED: June 28, 2021

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE